IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EUSEBIO PALACIOS, et al., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:12-CV-01763-K |
| | § | |
| NATIONAL HOME SAVERS CO., | § | |
| et al., | § | |
|     Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiffs Eusebio Palacios and Julia Fernandez's claims against Defendants National Home Savers Co., Nicole Halstied, and Romel Carlton are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED.**

**Signed** this 10th day of January, 2013.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE